■ In the Matter of KAYDEN M.B., an Infant. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STORMIE A.G., Appellant. (Appeal No. 2.) [971 NYS2d 717]—Appeal from an order of the Family Court, Jefferson County (Richard V. Hunt, J.), entered May 25, 2012 in a proceeding pursuant to Family

Court Act article 10. The order determined that respondent had neglected her child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Alazaya I.B. (Stormie A.G.)* (109 AD3d 1147 [2013]). Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.